**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DIRECTTV, INC., a
California corporation,

Plaintiff,

v.

WORLD SATELLITE, LLC,
a Wisconsin Limited Liability
Company,

Defendant.

Civil No. 01-564 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Henry Helgen, III, Esq., McGrann Shea Franzen Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

No response by Defendant.

---

Plaintiff has failed to respond to this Court's Order, dated August 13, 2001, requesting that an Answer be filed. Therefore,

**IT IS ORDERED** that this action is hereby dismissed for lack of prosecution.

Dated: November 8, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 8 2001
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______